**Motion Granted, Appeal Dismissed and Memorandum Opinion filed September 9, 2021.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-20-00824-CR

---

### THE STATE OF TEXAS, Appellant

### V.

### AUSTIN REYES-CISNEROS, Appellee

---

**On Appeal from County Criminal Court at Law No. 8
Harris County, Texas
Trial Court Cause No. 2232126**

---

## MEMORANDUM OPINION

The State filed this appeal from the trial court's December 2, 2020, judgment. In a separate proceeding, Appeal No. 14-20-00793-CR, we issued writ of mandamus compelling the trial court to vacate that judgment. According to a supplemental clerk's record, the trial court signed an order on August 17, 2021, vacating the December 2, 2020, judgment.

We grant the State's motion and dismiss the appeal.

PER CURIAM

Panel consists of Justices Jewell, Poissant and Wilson
Do Not Publish — Tex. R. App. P. 47.2(b)